# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES HASKELL, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>  v.<br><br>LIV GOLF INC.,<br><br>     Defendant. | Case No. 1:26-cv-11787<br><br>**CLASS ACTION COMPLAINT**<br><br>**<u>DEMAND FOR JURY TRIAL</u>** |

Dated: April 16, 2026

**BURSOR & FISHER, P.A.**
Yitzchak Kopel (BBO # 716245)
Max S. Roberts (BBO #718031)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: ykopel@bursor.com
   mroberts@bursor.com

*Attorneys for Plaintiff*

# TABLE OF CONTENTS

NATURE OF THE ACTION .................................................................................................1

FACTUAL BACKGROUND.................................................................................................2

I.      HISTORY AND OVERVIEW OF THE VPPA .................................................... 2

II.     DEFENDANT IS A VIDEO TAPE SERVICE PROVIDER AND PLAINTIFF
        AND CLASS MEMBERS ARE CONSUMERS ................................................... 3

III.    DEFENDANT KNOWINGLY DISCLOSES CONSUMERS' PERSONALLY
        IDENTIFIABLE INFORMATION AND VIDEO VIEWING INFORMATION TO
        THIRD PARTIES .................................................................................................. 7

        A.      The Dynamic Analysis Reveals That Defendant Discloses
                Information Identifying Plaintiff And Class Members And The Pre-
                Recorded Videos They Requested Or Obtained To Third Parties ......................... 7

        B.      Defendant Discloses Users' PII and Video Viewing Information to
                Google on the Website...................................................................................... 10

                1.      Website Transmissions on a Computer.......................................................10

                2.      Website Transmissions on a Mobile Device..............................................15

        C.      Defendant Discloses Users' PII and Video Viewing Information to
                ViewLift on the Website and iOS App ............................................................ 17

                1.      Website Transmissions on a Computer and Mobile Device......................17

                2.      iOS Transmissions .....................................................................................24

IV.     DEFENDANT DISCLOSES CLASS MEMBERS' PII AND VIDEO-VIEWING
        INFORMATION TO GOOGLE AND VIEWLIFT FOR THE PURPOSES OF
        MARKETING, ADVERTISING, AND ANALYTICS ..................................... 27

        A.      Google Analytics ............................................................................................. 28

        B.      Google Signals................................................................................................. 32

        D.      ViewLift........................................................................................................... 33

V.      DEFENDANT KNOWINGLY DISCLOSES CLASS MEMBERS' PII AND
        VIDEO-VIEWING INFORMATION TO GOOGLE AND VIEWLIFT........................ 37

VI.     PLAINTIFF HASKELL'S EXPERIENCE ...................................................................... 39

THE PARTIES......................................................................................................................40

JURISDICTION AND VENUE ...........................................................................................41

CLASS ALLEGATIONS .....................................................................................................42

CAUSES OF ACTION.........................................................................................................44

PRAYER FOR RELIEF .......................................................................................................46

JURY TRIAL DEMAND .....................................................................................................47

Plaintiff James Haskell ("Plaintiff"), individually and on behalf of all others similarly situated, by and through his attorneys, makes the following allegations pursuant to the investigation of his counsel and based upon information and belief, except as to allegations specifically pertaining to himself and his counsel, which are based on personal knowledge.

## NATURE OF THE ACTION

1.      This is a class action suit brought against Defendant LIV Golf Inc. ("LIV Golf" or "Defendant"), for violating the Video Privacy Protection Act ("VPPA"), 18 U.S.C. § 2710.

2.      The United States Congress passed the VPPA in 1988, seeking to confer onto consumers the power to "maintain control over personal information divulged and generated in exchange for receiving services from video tape service providers." S. Rep. No. 100-599, at 8. "The Act reflects the central principle of the Privacy Act of 1974: that information collected for one purpose may not be used for a different purpose without the individual's consent." *Id.*

3.      The VPPA imposes civil liability on "[a] video tape service provider who knowingly discloses, to any person, personally identifiable information concerning any consumer of such provider." 18 U.S.C. § 2710.

4.      LIV Golf is a professional men's golf tour,[1] having been financed by the sovereign wealth fund of Saudi Arabia. Defendant operates both (1) the LIV Golf website in the United States (the "Website," available at www.livgolf.com/), which is accessible via web browsers on computers and mobile devices, and also (2) the LIV Golf mobile iOS Application (the "iOS App," available at https://apps.apple.com/-us/app/liv-golf/id1667210155).

---

[1] *See, e.g.*, Matthew Tierney, *What is LIV Golf? Format, rules, teams, players, more facts*, ESPN (Feb. 27, 2026), https://www.espn.com/golf/story/_/id/48057565/what-liv-golf-format-rules-teams-players-facts ("In addition to the 72-hole individual competition, LIV is known for its team competition, with 54 players comprising 13 teams that compete against each other each tournament.").

5.     Defendant produces a wide variety of pre-recorded, or on-demand, golf videos associated with the LIV Golf tour.[2] These videos are accessible via Defendant's Website and iOS App, and include "Lessons[,]" "Films[,]"[3] and "Past Seasons[.]"[4]

6.     Unbeknownst to Plaintiff and Class Members, however, Defendant knowingly and intentionally disclosed Website users' personally identifiable information ("PII")—including a record of videos viewed by the users—to unrelated third parties. By doing so, Defendant violated the VPPA.

7.     Plaintiff brings this action for damages and other legal and equitable remedies resulting from Defendant's violations of the VPPA.

## FACTUAL BACKGROUND

## I.     HISTORY AND OVERVIEW OF THE VPPA

8.     The impetus for the VPPA begins with President Ronald Reagan's nomination of Judge Robert Bork to the United States Supreme Court. During the confirmation process, a movie rental store disclosed the nominee's rental history to the Washington City Paper which then published that record. Congress responded by passing the VPPA, with an eye toward the digital future. As Senator Patrick Leahy, who introduced the Act, explained:

> It is nobody's business what Oliver North or Robert Bork or Griffin Bell or Pat Leahy watch on television or read or think about when they are home. In an area of interactive television cables, the growth of computer checking and check-out counters, of security systems and telephones, all lodged together in computers, it would be relatively easy at some point to give a profile of a person and tell what they buy in a store, what kind of food they like, what sort of television programs they watch, who are some of the people they telephone.  I think that is wrong.

---

[2] *See* LIV GOLF, WATCH, https://www.livgolf.com/watch/index (last accessed Apr. 9, 2026).

[3] LIV GOLF, LIV ORIGINALS, https://www.livgolf.com/watch/liv-originals (last accessed Apr. 16, 2026).

[4] LIV GOLF, PAST SEASONS, https://www.livgolf.com/watch/seasons (last accessed Apr. 16, 2026).

S. Rep. 100-599, at 5-6 (cleaned up).

9.      In 2012, Congress amended the VPPA, and in so doing, reiterated the VPPA's applicability to "so-called 'on-demand' cable services and Internet streaming services [that] allow consumers to watch movies or TV shows on televisions, laptop computers, and cell phones." S. Rep. 112-258, at 2.

10.      As courts have recognized, "[t]he VPPA is no dinosaur statute … Our modern means of consuming content may be different, but the VPPA's privacy protections remain as robust today as they were in 1988." *Salazar v. Nat'l Basketball Ass'n*, 118 F.4th 533, 553 (2d Cir. 2024).

11.      The VPPA prohibits "[a] video tape service provider who knowingly discloses, to any person, personally identifiable information concerning any consumer of such provider." 18 U.S.C. § 2710(b)(1).

12.      The VPPA defines personally identifiable information ("PII") as "information which identifies a person as having requested or obtained specific video materials or services from a video service provider." 18 U.S.C. § 2710(a)(3).

13.      A video tape service provider is "any person, engaged in the business, in or affecting interstate or foreign commerce, of rental, sale, or delivery of prerecorded video cassette tapes or similar audio visual materials." 18 U.S.C. § 2710(a)(4).

## II.    DEFENDANT IS A VIDEO TAPE SERVICE PROVIDER AND PLAINTIFF AND CLASS MEMBERS ARE CONSUMERS

14.      Defendant operates both (1) the official website associated with LIV Golf, www.livgolf.com/ ("the Website"), and (2) the LIV Golf iOS Application, available at

https://apps.apple.com/us/app/liv-golf/id1667210155 (the "iOS App").[5]   LIV Golf is a professional men's golf tour.

15.   Defendant produces a wide variety of pre-recorded or on-demand videos that are watched by thousands of consumers nationwide.[6] These videos include "LIV Lessons[,]" "LIV Films[,]" "LIV Specials[,][7] and "Past Seasons[.]"[8] These videos are accessible via Defendant's Website and iOS App.[9]

16.   LIV Golf users may register for free or paid accounts.

17.   Users are "free to join" LIV X, which is "the [LIV Golf] league's ... loyalty and rewards experience[.]"[10] Defendant explains: "Available now on the LIV Golf website and app, LIV X is free to join and rewards fans for … following, playing and engaging with LIV Golf."[11] Defendant encourages its users to "get straight into the action by creating an account."[12] Indeed, registering for a free LIV X account confers a number of benefits that are not available to non-account users, including "[e]xclusive content tailored to personalize the user experience and

---

[5] "Our Services are operated by LIV Golf Inc in the US and LIV Golf Ltd outside of the US[.]" LIV GOLF, TERMS OF USE, https://www.livgolf.com/terms-of-use (last updated Apr. 1, 2026).

[6] *See* LIV GOLF, WATCH, https://www.livgolf.com/watch/index (last accessed Apr. 9, 2026).

[7] *See, e.g.*, LIV GOLF, LIV ORIGINALS, https://www.livgolf.com/watch/liv-originals (last accessed Apr. 9, 2026).

[8] LIV GOLF, PAST SEASONS, https://www.livgolf.com/watch/seasons (last accessed Apr. 16, 2026).

[9] Defendant also operates an Android mobile application (the "Android App"). *See* LIV GOLF, THE LIV GOLF APP, https://www.livgolf.com/app (last accessed Apr. 9, 2026).  Plaintiff reserves the right, following completion of discovery, to seek leave to amend to add claims concerning Defendant's Android App.

[10] LIV GOLF, LIV GOLF BRINGS FANS CLOSER THAN EVER WITH THE LAUNCH OF LIV X, https://www.livgolf.com/news/liv-golf-brings-fans-closer-than-ever-with-the-launch-of-liv-x (last accessed Apr. 9, 2026).

[11] *Id.*

[12] LIV GOLF, LIV X, https://www.livgolf.com/liv-x (last accessed Apr. 9, 2026).

increase awareness of LIV Golf's players and teams."[13] Defendant further explains that "LIV X hands you the keys to unfiltered content, direct interactions with the players, and in-person experiences that bring you closer to the game than ever before."[14]

18.     Users can also purchase a paid subscription called the "Season Pass" or "LIV Golf Annual Pass," which costs users $59.99 annually.[15] Defendant explains "[t]he LIV Golf Annual Pass offers year round access to exclusive content & live events."[16]

19.     In any event, users who create a LIV Golf account are required to provide their email and country of residence to Defendant.  Users may choose to "create an account or login" by continuing with Google or Apple, which also requires providing an email and/or phone number.

//

//

//

//

//

//

//

//

---

[13] LIV GOLF, *LIV Golf and Beyond Sports supercharge the online gaming ecosystem with launch of LIV Golf Fantasy and LIV X* (Feb. 24, 2026), https://www.livgolf.com/news/liv-golf-beyond-sports-supercharge-online-gaming-ecosystem-launch-liv-golf-fantasy-liv-x-2026 (last accessed Apr. 9, 2026).

[14] LIV GOLF, LIV X: YOUR SHOT AT GLORY WITH EPIC GAMES AND EXCLUSIVE REWARDS, (May 29, 2025), https://www.livgolf.com/news/liv-x-your-shot-at-glory-with-epic-games-and-exclusive-rewards (last accessed Apr. 9, 2026).

[15] LIV GOLF, CHOOSE YOUR PLAN, https://www.livgolf.com/watch/subscribe (last accessed Apr. 9, 2026).

[16] *Id.*





20.     LIV Golf launched in 2021.[17] The LIV Golf Website and iOS App are widely accessed by users throughout both Massachusetts and the entirety of the United States.

21.     Defendant's "broadcasts, … reach nearly **one billion households** across more than 200 international territories[,]"[18] including households in the United States and Massachusetts. "In the United States, FOX Sports continues its multi-year partnership … to air all 14 LIV Golf events"[19] on television and the 2026 "season will continue through … the United States[.]"[20]

22.     In 2022, a LIV Golf tournament was held in Boston, Massachusetts.[21]

23.     Thus, Defendant enjoys substantial viewership in the United States and Massachusetts, and its broadcast coverage and LIV Golf events further show the popularity of Defendant's Website and iOS App.

III.    **DEFENDANT KNOWINGLY DISCLOSES CONSUMERS' PERSONALLY IDENTIFIABLE INFORMATION AND VIDEO VIEWING INFORMATION TO THIRD PARTIES**

A.      **The Dynamic Analysis Reveals That Defendant Discloses Information Identifying Plaintiff And Class Members And The Pre-Recorded Videos They Requested Or Obtained To Third Parties**

---

[17] Bob Harig, *How We Got Here: A Timeline of LIV Golf and How the PGA Tour Eventually Embraced Its Rival*, SPORTS ILLUSTRATED (Mar. 12, 2024), https://www.si.com/golf/news/timeline-liv-golf-how-pga-tour-adapted.

[18] LIV Golf Staff, *LIV Golf unveils global broadcast team for 2026 season to reach nearly one billion households spanning 200 international territories*, LIV GOLF (Feb. 4, 2026), https://www.livgolf.com/news/liv-golf-unveils-global-broadcast-team-for-2026-season (last accessed Apr. 9, 2026) (emphasis added).

[19] LIV Golf Staff, *LIV Golf unveils global broadcast team for 2026 season to reach nearly one billion households spanning 200 international territories*, LIV GOLF (Feb. 4, 2026), https://www.livgolf.com/news/liv-golf-unveils-global-broadcast-team-for-2026-season (last accessed Apr. 9, 2026).

[20] *Id.*

[21] *See, e.g.*, WCVB, *LIV Golf makes its way to Massachusetts: What to know about this week's event* (Aug. 29, 2022), https://www.wcvb.com/article/liv-golf-the-international-bolton-mass-preview/41023930 ("The new, controversial LIV Golf Invitational Series is making its way to Massachusetts this week.").

24.     Prior to the commencement of this action, Plaintiff's counsel conducted a dynamic analysis of the Website and iOS App.  A "dynamic analysis" records the transmissions that occur from a user's device.

25.     Plaintiff's counsel tested what information (if any) Defendant discloses when a user watches a pre-recorded video on the Website and iOS App.

26.     The analysis revealed that Defendant discloses information sufficient to identify Plaintiff and Class Members and the specific pre-recorded videos they requested or obtained to at least two third parties: Google LLC ("Google") and ViewLift, Inc. ("ViewLift").

27.     Specifically, the dynamic analysis found that when a Website or iOS App user creates an account and requests or obtains a pre-recorded video, Defendant discloses the following information to Google and ViewLift.

| SUMMARY OF THIRD-PARTY EXFILTRATION (WEBSITE – COMPUTER) | | |
|---|---|---|
| **Third Party** | **Video Info** | **Identifiers** |
| Google | Video Title, Video URL | Google Account, Google Cookies |
| ViewLift | Video URL, Video Event | E-mail Address, User ID |
| SUMMARY OF THIRD-PARTY EXFILTRATION (WEBSITE – MOBILE DEVICE) | | |
| **Third Party** | **Video Info** | **Identifiers** |
| Google | Video Title, Video URL | Google Account |
| ViewLift | Video URL, Video Event | E-mail Address, User ID |
| SUMMARY OF THIRD-PARTY EXFILTRATION (IOS APP) | | |
| ViewLift | Video Title, Permanent Link, Video Event | E-mail Address, Device ID |

28.    These disclosures are effectuated through the third parties' respective trackers: the ViewLift SDK and API,[22] Google Analytics,[23] Google Signals,[24] and Google's tags/libraries associated therewith.[25]

---

[22] *See, e.g.*, VIEWLIFT, INTRODUCTION TO VIEWLIFT TOOLS PLATFORM (last accessed Apr. 14, 2026) (These APIs let you … analyz[e] data and export[] it. For documentation concerning the SDK or API, reference our Developer Portal."); VIEWLIFT, VLPLAYER SDK - HTML5, https://docs.viewlift.com/v1/docs/vlplayer-webplayer-sdk (updated Oct. 2, 2022; VIEWLIFT, VLPLAYER SDK – IOS (updated July 29, 2021), https://docs.viewlift.com/v1/docs/vlplayer-sdk-ios.

[23] *See, e.g.*, GOOGLE, HOW GOOGLE ANALYTICS WORKS, https://support.google.com/analytics/answer/12159447; GOOGLE, START LEARNING ABOUT GOOGLE ANALYTICS, https://developers.google.com/analytics.

[24] *See, e.g.*, GOOGLE, [GA4] ACTIVATE GOOGLE SIGNALS FOR GOOGLE ANALYTICS PROPERTIES, https://support.google.com/analytics/answer/9445345; GOOGLE, [UA] ACTIVATE GOOGLE SIGNALS [LEGACY], https://support.google.com/analytics/answer/7532985; GOOGLE, [GA4] PREDEFINED USER DIMENSIONS, https://support.google.com/analytics/answer/9268042 ("Google signals is data from users who sign in to Google. When Google signals data is available, Analytics associates event data it collects from users with the Google accounts of users who are signed in[.]")

[25] *See, e.g.*, JUSTIA, HISTORY OF GOOGLE ANALYTICS, https://onward.justia.com/history-of-google-analytics/ (describing Classic Analytics/ga.js, introduced in or around 2007; Universal Analytics/analytics.js, introduced in or around 2012; and the Global Site Tag/Google Tag/gtag.js, introduced in or around 2017); GOOGLE, INTRODUCTION TO GA.JS (LEGACY), https://web.archive.org/web/20240630045510/https://developers.google.com/analytics/devguides/collection/gajs; GOOGLE, ADD ANALYTICS.JS TO YOUR SITE, https://web.archive.org/web/20240701002341/https://developers.google.com/analytics/devguides/collection/analyticsjs/; GOOGLE, [GA4] SET UP ANALYTICS FOR A WEBSITE AND/OR APP, https://support.google.com/analytics/answer/9304153 ("To begin seeing data in your new Google Analytics 4 property, you'll need to do one of the following: Add the tag to a website builder or CMS-hosted website (e.g., HubSpot, Shopify, etc.)[;] [a]dd the Google tag directly to your web pages[;] [a]dd your tag using Google Tag Manager"); GOOGLE, TAGGING FOR GOOGLE ANALYTICS, https://developers.google.com/analytics/devguides/collection/ga4/tag-options ("The Google tag is a single tag you can add to your website to measure organic and ad performance. … Google Tag Manager is a web-based tag management system, that lets you create Google tags and install them on your website, without manually adding JavaScript snippets to your site."); GOOGLE, SET UP GOOGLE ANALYTICS EVENTS IN TAG MANAGER, https://support.google.com/tagmanager/answer/13034206 ("To set up an event using Google Tag Manager, you will configure a Google Analytics: GA4 Event tag"); GOOGLE, CONVERSION LINKER, https://support.google.com/tagmanager/answer/7549390 ("Conversion linker tags are used to help tags measure click data so that conversions are measured effectively."); GOOGLE, ENABLE GOOGLE SIGNALS FOR SERVER-SIDE TAG MANAGER, https://developers.google.com/tag-platform/tag-manager/server-side/google-signals-in-sgtm?option=GA4 ("In Google Analytics, activate Google signals for the property you reference

**B.    Defendant Discloses Users' PII and Video Viewing Information to Google on the Website**

29.    Defendant discloses Website users' PII and video viewing information to Google, for those LIV Golf account users watching videos on their (1) computer and/or (2) mobile device.

### 1.    Website Transmissions on a Computer

30.    When a user signs into their LIV Golf account on a computer and requests or obtains a pre-recorded video on the Website, Defendant discloses to Google: (i) the title and URL of the pre-recorded video that the user is requesting and/or obtaining, including "event data"/video interactions; and (ii) various Google-specific identifiers that allow Google to tie the user back to their Google Account and/or profile, thus identifying the user.[26]

31.    The fact that Defendant discloses to Google, via Google Analytics and Google's tags/libraries associated therewith, the title of the video and the URL of the video the Website user on a computer is requesting and/or obtaining, is shown by the yellow highlights below. Here, the title of a video was "Concert Recap: John Summit at LIV Golf Adelaide" and the URL of a video was "https://www.livgolf.com/watch/concert-recap-at-liv-golf-adelaide-short[.]"

| | |
|---|---|
| dl | https://www.livgolf.com/watch/concert-recap-at-liv-golf-adelaide-short |
| dr | https://www.livgolf.com/watch/index |
| dt | Watch: Concert Recap: John Summit at LIV Golf Adelaide |
| en | page_view |

---

in your client-side Google tag."); GOOGLE, [GA4] PREDEFINED USER DIMENSIONS, https://support.google.com/analytics/answer/9268042 ("As long as you use … gtag.js, you don't need to write additional code to collect the following user dimensions from your mobile app and/or website[:] … Google signals[.]"). *See also* GOOGLE, ANALYZE EXISTING TAG CONFIGURATIONS, https://developers.google.com/tag-platform/devguides/existing; GOOGLE, RESTRICT TAG DEPLOYMENT, https://developers.google.com/tag-platform/tag-manager/restrict.

[26] Google's particular methods of identification are discussed in more detail *infra* ¶¶ 33-45 and ¶¶ 70-86.

32. Similarly, the fact that Defendant discloses to Google, via Google Analytics and Google's tags/libraries associated therewith, the title of the video and the URL of the video the user is requesting and/or obtaining, including "event data"/video interactions, is shown by the yellow highlights below. Here, the title of the video was "LIV Film: LIV Golf Andalucia" and the URL of the video was "https://www.livgolf.com/watch/liv-originals/liv-films/liv-film-liv-golf-andalucia-2025[.]" Google also received "event data"/a video interaction titled "PLAY," showing that the user clicked to play the video.



33. The video-viewing data is associated with individual Website users' Google accounts—and thus, is reasonably and foreseeably likely to identify the specific user requesting or obtaining the pre-recorded video—in two ways: through Google Analytics, and through Google identification cookies.

> a. *Google Analytics Associates Website Users' Video-Viewing Information With Their Google Accounts*

34. Website users' video-viewing data is associated with their individual Google accounts through Google Signals. Google itself explains that Google "associates [data] with user[s'] … Google accounts," for "users who have signed in …  and who have turned on Ads

11

Personalization."[27] Ads personalization is turned on by default when a user creates a Google Account.

35.     Defendant enables Google Signals to pair Website users' identities and video-viewing information, as evidenced by the below screenshot of the Website's tracker settings.

```
["map", "redactFieldGroup", "GOOGLE_SIGNALS", "disallowAllRegions", false, "disallowedRegions", ""]],
```

36.     A more in-depth explanation of Google Signals and how this technology functions is detailed *infra* § IV.B.

      b. *Google Cookies Associate Website Users' Video-Viewing Information With Their Google Accounts*

37.     Website users' video-viewing information is also associated with their individual Google accounts through Google's cookies, which allow Google to "'remember' what a user has done on previous pages [and their] interactions with the [W]ebsite."[28]

38.     Through these cookies, Defendant enables Google to pair Website users' identities and video-viewing information, for users who are signed into their Google account.  This is shown by the following screenshots of Google Analytics transmissions and cookies.

39.     *First*, Google uses various cookies for identification and/or authentication, and these cookies are sent in the same transmission as a user's video-viewing data. As shown by the yellow highlights in the below transmission, the title of the video the user requested and/or obtained was: "LIV Film Miami: Rahm's Legion XIII conquers the Blue Monster[.]" The URL of

---

[27] GOOGLE, [GA4] ACTIVATE GOOGLE SIGNALS FOR GOOGLE ANALYTICS PROPERTIES, https://support.google.com/analytics/answer/9445345; *see also* GOOGLE, [GA4] PREDEFINED USER DIMENSIONS, https://support.google.com/analytics/answer/9268042 ("Google signals is data from users who sign in to Google. When Google signals data is available, Analytics associates event data it collects from users with the Google accounts of users who are signed in.").

[28] GOOGLE, GOOGLE ANALYTICS COOKIE USAGE ON WEBSITES, https://web.archive.org/web/20240303080533/https://developers.google.com/analytics/devguides/collection/analyticsjs/cookie-usage.

the video was: https://www.livgolf.com/watch/liv-originals/liv-films/liv-film-miami-rahm-s-legion-xiii-conquers-the-blue-monster[.]

| dl | https://www.livgolf.com/watch/liv-originals/liv-films/liv-film-miami-rahm-s-legion-xiii-conquers-the-blue-monster |
| dr | https://www.livgolf.com/watch/liv-originals |
| dt | LIV Film Miami: Rahm's Legion XIII conquers the Blue Monster |
| en | PLAY |
| _ee | 1 |
| ep.pfm | WEBSITE |
| ep.uid | 2203de74-b8d6-4dcf-971e-b72827f81842 |
| ep.vid | 5cf1120a-0399-4d38-ade2-f87ce72ec8d0 |

| Name | Value | Domain |
|---|---|---|
| __Secure-3PAPISID | n2VjEAJAE003I-m0/AQ9h... | .google.com |
| __Secure-3PSID | g.a0008whtPg9KLuqLPJ2s... | .google.com |
| __Secure-3PSIDCC | AKEyXzXGMi7TuknK1zoto... | .google.com |
| __Secure-3PSIDRTS | sidts-CjcBWhotCX3FUox... | .google.com |
| __Secure-3PSIDTS | sidts-CjcBWhotCX3FUox... | .google.com |
| NID | 530=LgAFlflp1uR_SFSdwl... | .google.com |

40.     As shown by the red highlight in the above transmission, Defendant enables Google, through its cookies, to pair Website users' Google Account ID and video-viewing information, for users who are signed into their Google account. Specifically, the red highlight in the above transmission shows that Google cookies paired with LIV Golf website users' video-viewing data include, but are not limited to, the "_Secure-3-PSID" cookie.

41.     The "_Secure-3-PSID" cookie functions as an identity token by embedding the user's encrypted Google Account ID, enabling linkage of video-viewing data to users of the Website. Google explains that:

> [C]ookies … used to authenticate users help ensure that only the ***actual owner*** of an account can access that account. For example, cookies called 'SID' … contain … ***records of a user's Google Account ID*** and most recent

sign-in time. … These cookies last for 2 years.[29]

42.     The _Secure-3-PSID cookie contains the same encrypted Google Account ID as the SID cookie,[30] as evinced by overlapping cookie values that Plaintiff's counsel observed across both a _Secure-3-PSID and SID cookie while logged into the same Google account.

43.     Moreover, the _Secure-3-PSID cookie appears to simply attach (or prepend) the "_Secure-3P" prefix to the "SID" cookie name.[31] One may "[p]repend cookie names with … __Secure- … to prevent cookies from being overwritten by insecure sources."[32]  The "3P" prefix means this is a third-party cookie, which is "created by a different website than the one the user is currently visiting" (*i.e.*, Google).[33]

44.     To create a Google Account, users must provide: (1) their first name (with last name optional), (2) date of birth (month, day, year), (3) gender, and often (4) phone verification— "required to confirm you're a real person."[34]

45.     The fact that Google is able to pair users' video-viewing habits with their use of the

---

[29]     GOOGLE   PRIVACY   &   TERMS,   HOW   GOOGLE   USES   COOKIES, https://policies.google.com/technologies/cookies?hl=en-US   (last   accessed   Apr.   8,   2026) (emphasis added).

[30] The fact that a Google Account ID is encrypted is of no import to Google, who "signed and encrypted" the "Google Account ID" in the first instance. *See supra* note.

[31]     *See*   GOOGLE   PRIVACY   SANDBOX,   COOKIE   ATTRIBUTES, https://privacysandbox.google.com/cookies/basics/cookie-attributes ("A cookie that has a name prefixed with __Secure- … must be from a secure (HTTPS) origin.").

[32] MOZILLA, SECURE COOKIE CONFIGURATION, https://developer.mozilla.org/en-US/docs/Web/ Security/Practical_implementation_guides/Cookies (last accessed April 7, 2026)

[33] PC MAGAZINE, THIRD-PARTY COOKIE, https://www.pcmag.com/encyclopedia/term/third-party-cookie.

[34]     GOOGLE   ACCOUNT   HELP,   VERIFY   YOUR   ACCOUNT, https://support.google.com/accounts/answer/114129?hl=en (last accessed Apr. 13, 2026) ("To help protect you and stop spammers, before you create an account or sign in, sometimes phone verification is required to confirm you're a real person.").

Website more broadly is evinced by the following screenshot, which reveals that, when a user accesses the LIV Golf Website and is logged into their Google account, the Google tracking technologies on the Website compel that user's browser to transmit various cookies, including but not limited to the "SID" *and* "_Secure-3PSID" cookies:

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| OptanonConsent | isGpcEnabled=... | .livgolf.com | / | 20... | 395 | | | Lax | | Me... |
| __Secure-1PAPISID | n2VjEAJAE003l-... | .google.com | / | 20... | 51 | | ✓ | | | High |
| __Secure-1PSID | g.a0008whtPg9... | .google.com | / | 20... | 167 | ✓ | ✓ | | | High |
| __Secure-1PSIDCC | AKEyXzWPo9S6... | .google.com | / | 20... | 90 | ✓ | ✓ | | | High |
| __Secure-1PSIDRTS | sidts-CjcBWhot... | .google.com | / | 20... | 102 | ✓ | ✓ | | | High |
| __Secure-1PSIDTS | sidts-CjcBWhot... | .google.com | / | 20... | 101 | ✓ | ✓ | | | High |
| __Secure-3PAPISID | n2VjEAJAE003l-... | .google.com | / | 20... | 51 | | ✓ | None | | High |
| __Secure-3PSID | g.a0008whtPg9... | .google.com | / | 20... | 167 | ✓ | ✓ | None | | High |
| __Secure-3PSIDCC | AKEyXzXHYKl4... | .google.com | / | 20... | 88 | ✓ | ✓ | None | | High |
| __Secure-3PSIDRTS | sidts-CjcBWhot... | .google.com | / | 20... | 102 | ✓ | ✓ | None | | High |
| __Secure-3PSIDTS | sidts-CjcBWhot... | .google.com | / | 20... | 101 | ✓ | ✓ | None | | High |
| __Secure-BUCKET | CJkH | .google.com | / | 20... | 19 | ✓ | ✓ | | | Me... |
| AEC | AaJma5vvRnEo... | .google.com | / | 20... | 61 | ✓ | ✓ | Lax | | Me... |
| APISID | nlcBkTN6B6dC... | .google.com | / | 20... | 40 | | | | | High |
| HSID | ArYYJx9u4d1oJ... | .google.com | / | 20... | 21 | ✓ | | | | High |
| NID | 530=LgAFlflp1... | .google.com | / | 20... | 334 | ✓ | ✓ | None | | Me... |
| SAPISID | n2VjEAJAE003l-... | .google.com | / | 20... | 41 | | ✓ | | | High |
| SEARCH_SAMESITE | CgQIzaAB | .google.com | / | 20... | 23 | | | Strict | | Me... |
| SID | g.a0008whtPg9... | .google.com | / | 20... | 156 | | | | | High |
| SIDCC | AKEyXzVh-q0p... | .google.com | / | 20... | 77 | | | | | High |
| SSID | A-EAWZ3vjIVkC... | .google.com | / | 20... | 21 | ✓ | ✓ | | | High |
| IDE | AHWqTUnhLLLt... | .doubleclick.net | / | 20... | 70 | ✓ | ✓ | None | | Me... |

### 2.    *Website Transmissions on a Mobile Device*

46.    When a LIV Golf mobile device user signs into their LIV Golf account and requests or obtains a pre-recorded video on the Website, Defendant discloses to Google: (i) the title and URL of the pre-recorded video that the user is requesting and/or obtaining, including "event data"/video interactions; and (ii) Google-specific identifiers that allow Google to tie the user back to their Google Account and/or profile, thus identifying the user.[35]

---

[35] Google's particular methods of identification are discussed in more detail *infra* ¶¶ 70-86.

47.     The fact that Defendant discloses to Google, via Google Analytics and Google's tags/libraries associated therewith, the title of the video and the URL of the video the Website user on a mobile device is requesting and/or obtaining, is shown by the yellow highlights below. Here, the title of a video was "LIV Lessons: Sergio Garcia Ch. 2 | Dominating the Scoring Zone" and the URL of a video was "https://www.livgolf.com/watch/liv-originals/liv-lessons/liv-lessons-sergio-garcia-ch-2-dominating-the-scoring-zone[.]" Google also received "event data"/a video interaction titled "PLAY," showing that the user clicked to play the video.

| dl | https://www.livgolf.com/watch/liv-originals/liv-lessons/liv-lessons-sergio-garcia-ch-2-dominating-the-scoring-zone |
| dr | https://www.livgolf.com/watch/liv-originals |
| dt | LIV Lessons: Sergio Garcia Ch. 2 | Dominating the Scoring Zone |
| en | PLAY |
| _ee | 1 |
| ep.pfm | WEBSITE |
| ep.uid | 8844d6f7-d24a-4b42-b6c5-ace48dacec79 |
| ep.vid | 4d9e9e5d-29ec-49f8-8d40-cf94cfdf06b9 |

48.     The video-viewing data is associated with individual Website users' Google accounts—and thus, is reasonably and foreseeably likely to identify the specific user requesting or obtaining the pre-recorded video—through Google Signals. Google itself explains that Google "associates [data] with user[s'] … Google accounts," for "users who have signed in … and who have turned on Ads Personalization[.]"[36] *See supra* ¶¶ 34-36.

49.     Defendant enables Google Signals to pair Website users' identities and video-viewing information.  Google Signals is also configured on mobile web browsers.[37]

---

[36] GOOGLE, [GA4] ACTIVATE GOOGLE SIGNALS FOR GOOGLE ANALYTICS PROPERTIES, https://support.google.com/analytics/answer/9445345; *see also* GOOGLE, [GA4] PREDEFINED USER DIMENSIONS, https://support.google.com/analytics/answer/9268042 ("Google signals is data from users who sign in to Google. When Google signals data is available, Analytics associates event data it collects from users with the Google accounts of users who are signed in[.]").

[37] Google describes Google Signals as "able to develop a holistic view of how … users" like Plaintiff "interact with **an online property from multiple browsers** and multiple devices...."

50.     A more in-depth explanation of Google Signals and how this technology functions is detailed *infra* § IV.B.

**C.    Defendant Discloses Users' PII and Video Viewing Information to ViewLift on the Website and iOS App**

51.     Defendant discloses users' PII and video viewing information to ViewLift for LIV Golf account users watching videos on (1) the Website on a computer or and mobile device, and (2) the iOS App.

*1.    Website Transmissions on a Computer and Mobile Device*

52.     First, Defendant discloses users' PII and video viewing information to ViewLift for users accessing the Website on a computer or a mobile device.

53.     When a user signs into their LIV Golf account on a computer or mobile device and requests or obtains a pre-recorded video on the Website, Defendant discloses to ViewLift: (i) the title and URL of the pre-recorded video that the user is requesting and/or obtaining; and (ii) a unique user identifier tied to the user's email address.

54.     When an user creates or logs into their LIV Golf account, Defendant generates a login token ("Token"). Tokens enable subscribers to "access the website … the token has been issued for, rather than having to re-enter credentials each time they go back to the same webpage … protected with that same token."[38]

55.     The Token is delivered in Base64 language. Base64 is a computer language known

---

GOOGLE ANALYTICS HELP, [GA4] ACTIVATE GOOGLE SIGNALS FOR GOOGLE ANALYTICS PROPERTIES, https://support.google.com/analytics/answer/9445345 (emphasis added). "[A] *property* represents a grouping of data *from a website and/or app* in Google Analytics." GOOGLE ANALYTICS HELP, PROPERTY, https://support.google.com/analytics/answer/9355666 (emphasis added).

[38] OKTA, WHAT IS TOKEN-BASED AUTHENTICATION?, https://www.okta.com/identity-101/what-is-token-based-authentication/.

as "Hacker Pig Latin."[39] This computer language is designed to carry and easily transfer data between sources by compressing the data into a simple, long string of plain text.

56.    Unfortunately for the privacy rights of LIV Golf account holders, by publishing the login Token in Base64 instead of encrypting this information, Defendant makes consumer's email addresses readily translatable into English. Just as any ordinary person can cut-and-paste Spanish text into Google Translate to figure out what it means in English, any ordinary person can cut and paste Base64 text into any one of a myriad of Base64 decoding websites and figure out what the Base64 text means. Therefore, even though Defendant shares Plaintiff's and Class Members' email addresses with ViewLift in Base64, the email addresses are PII because the email addresses are easily translated into English and can be used to identify a subscriber.

57.    The Token contains the email address of a Website user. The fact that Defendant discloses to ViewLift, via the Token, the user's e-mail address and other identifying information in Base64 is shown by the red highlights. The green highlights show the email and full name that has been easily decoded from the information.[40]

//

//

//

//

//

//

---

[39] Daniel Smallwood, *Hacker Pig Latin: A Base64 Primer for Security Analysts*, DARK READING (Jan. 21, 2021), available https://www.darkreading.com/cybersecurity-analytics/hacker-pig-latin-a-base64-primer-for-security-analysts (last accessed Dec. 19, 2023).

[40] The email addresses contained in this complaint were used for the purposes of testing Defendant's Website and iOS App.

*Original Base64 – Computer (Chrome)*

| | |
|---|---|
| :authority | liv-golf.api.viewlift.com |
| :method | GET |
| :path | /v2/user/history?profileId=83660930-8a8b-494c-a251-7c00f63973d7 |
| :scheme | https |
| Accept | application/json, text/plain, */* |
| Accept-Encoding | gzip, deflate, br, zstd |
| Accept-Language | en-US,en;q=0.9 |
| Authorization | eyJhbGciOiJIUzI1NiIsInR5cCI6IkpXVCJ9.eyJjb3VudHJ5Q29kZSI6IlVTIiwiZGV2aWNlSWQiOiJicm93c2VyLWVkNWMxNjQ3LTNiNDMtNGRlYS1hNjU5LTQwNjdjODRkNGM3ZSIsImVtYWlsIjoic3RldmVuc29uamltNTcyQGdtYWlsLmNvbSIsImV4cCI6MTc3ODc5MDcxNCwiaWF0IjoxNzc2MTk4NzE0LCJpZCI6IjgzNjYwOTMwLThhOGItNDk0Yy1hMjUxLTdjMDBmNjM5NzNkNyIsImlwYWRkcmVzc2VzIjoiMzguMTQyLjE1MC4xMzgsMzQuNTQuMTIwLjQ0LDEwLjIwMC4wLjQwIiwicG9zdGFsY29kZSI6IjEwMTE4IiwicHJvdmlkZXIiOiJvaWRjIiwic2l0ZSI6Imxpdi1nb2xmIiwic2l0ZUlkIjoiOWVkN2RlZTAtYzcxOS0xMWVjLWJjMjUtYTE5NWMyYTM0MzU3IiwidXNlcklkIjoiODM2NjA5MzAtOGE4Yi00OTRjLWEyNTEtN2MwMGY2Mzk3M2Q3In0.77rGw0-yuWsSn9WUEIeIvPaN0ngCXKupiI8ZeuKG10M |
| Origin | https://www.livgolf.com |
| Priority | u=1, i |
| Referer | https://www.livgolf.com/ |
| Sec-Ch-Ua | "Google Chrome";v="147", "Not.A/Brand";v="8", "Chromium";v="147" |

*Decoded Plaintext – Computer (Chrome)*

{"alg":"HS256","typ":"JWT"}{"countryCode":"US","deviceId":"browser-ed5c1647-3b43-4dea-a659-4067c84d4c7e","email":"stevensonjim572@gmail.com","exp":1778790714,"iat":1776198714,"id":"83660930-8a8b-494c-a251-7c00f63973d7","ipaddresses":"38.142.150.138,34.54.120.44,10.200.0.40","postalcode":"10118","provider":"oidc","site":"liv-golf","siteId":"9ed7dee0-c719-11ec-bc25-a195c2a34357","userId":"83660930-8a8b-494c-a251-7c00f63973d7"};□Zhe———!/=t�*b#^

*Original Base64 – Mobile Web Browser (Safari)*

| Accept | application/json, text/plain, */* |
|---|---|
| Accept-Encoding | gzip, deflate, br |
| Accept-Language | en-US,en;q=0.9 |
| Authorization | eyJhbGciOiJIUzI1NiIsInR5cCI6IkpXVCJ9.eyJjb3VudHJ5Q29kZSI6IlVTIiwiZGV2aWNlSWQiOiJicm93c2VyLTN hMDJkODBmLTJjMmEtNGU3OS1hZWEzLWFjMDJlZmIxZGE4ZSIsImVtYWlsIjoibGlzYXN0M3YzbnNvbjIwMDEiwM DFAZ21haWwuY29tIiwiZXhwIjoxNzc4MjcxNjUyLCJpYXQiOjE3NzU2Nzk2NTIsImlkIjoiOTljMDhhZTItMGFlY S00NDk2LThlNzAtZmQ4ZWMwN2I0NWY0IiwiaXBhZGRyZXNzZXMiOilxNzQuMjA0LjEzNi4yNTUsMzQuN TQuMTIwLjQ0LDM1LjE5MS4xMjMuMjU1IiwicG9zdGFsY29kZSI6IjEwMDIxIiwicHJvdmlkZXIiOiJvaWRjIiwic 2l0ZSI6Imxpdi1nb2xmIiwic2l0ZUlkIjoiOWVkN2RlZTAtYzcxOS0xMWVjLWJjMjUtYTE5NWMyYTM0MzU3Iiwi dXNlcklkIjoiOTljMDhhZTItMGFlYS00NDk2LThlNzAtZmQ4ZWMwN2I0NWY0In0.CajIUcHI- KEyLfaE2JwZl4ylu3Zxfrpe3aLGliOlOpk |
| Connection | keep-alive |
| Host | liv-golf.api.viewlift.com |
| Origin | https://www.livgolf.com |
| Referer | https://www.livgolf.com/ |
| Sec-Fetch-Dest | empty |
| Sec-Fetch-Mode | cors |
| Sec-Fetch-Site | cross-site |
| User-Agent | Mozilla/5.0 (iPhone; CPU iPhone OS 17_1_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/17.1.1 Mobile/15E148 Safari/604.1 |
| X-Api-Key | 79613f5e-52ac-45e7-a8a0-99ea2beb3540 |

*Decoded Plaintext – Mobile Web Browser (Safari)*

{"alg":"HS256","typ":"JWT"}{"countryCode":"US","deviceId":"browser-3a02d80f-2c2a-4e79-aea3-ac02efb1da8e","email":"lisast3v3nson2001@gmail.com","exp":1778271652,"iat":1775679652,"id":"99c08ae2-0aea-4496-8e70-fd8ec07b45f4","ipaddresses":"174.204.136.255,34.54.120.44,35.191.123.255","postalcode":"10021","provider":"oidc","site":"liv-golf","siteId":"9ed7dee0-c719-11ec-bc25-a195c2a34357","userId":"99c08ae2-0aea-4496-8e70-fd8ec07b45f4"}9Tpr>(L}6'H".ش_h

58.     An e-mail address is a unique string of characters which designate an electronic mailbox.  As industry leaders,[41] trade groups,[42] and courts[43] agree, an ordinary person can use an

---

[41] Allison Schiff, *Can Email Be The Next Big Online Identifier?*, AD EXCHANGER (Aug. 25, 2020), https://www.adexchanger.com/data-exchanges/can-email-be-the-next-big-online-identifier/ (quoting Tom Kershaw, CTO of Magnite, who said "[a]n email address is universally considered to be PII, so as such it can never be a valid identifier for online advertising").

[42] NETWORK ADVERTISING INITIATIVE, NAI CODE OF CONDUCT 19 (2020), https://thenai.org/wp-content/uploads/2021/07/nai_code2020.pdf (identifying email as PII).

[43] *See United States v. Hastie*, 854 F.3d 1298, 1303 (11th Cir. 2017) ("Email addresses fall within the ordinary meaning of information that identifies an individual. They can prove or establish the identity of an individual.").

e-mail address to uniquely identify another individual.  Indeed, there exist multiple services that enable their clients to look up who owns a particular e-mail address. [44]

59.    That Defendant discloses to ViewLift, via the ViewLift tracking technology, a Website user's User ID is shown by the purple highlights.  Here, the computer user's User ID was "83660930-8a8b-a251-7c00f63973d7[.]" The mobile device user's User ID was "99c08ae2-0aea-4496-8e70-fd8ec07b45f4[.]"

***Computer (Chrome)***

```
▼ Request Payload     ( View source )
  ▼ [{aid: "liv-golf", cid: "9ed7dee0-c719-11ec-bc25-a195c2a34357", pfm: "WEBSITE",…}]
    ▼ 0: {aid: "liv-golf", cid: "9ed7dee0-c719-11ec-bc25-a195c2a34357", pfm: "WEBSITE",…}
       aid: "liv-golf"
       apod: ""
       apos: null
       bitrate: null
       brandname: "liv-golf"
       bufferhealth: 830
       cid: "9ed7dee0-c719-11ec-bc25-a195c2a34357"
       connectionspeed: null
       dp1: ""
       dp2: ""
       dp3: ""
       dp4: ""
       dp5: ""
       embedurl: ""
       environment: "production"
       media_type: "VIDEO"
       networkname: null
       pa: "FIRST_FRAME"
       pfm: "WEBSITE"
       player: "native"
       profid: "83660930-8a8b-494c-a251-7c00f63973d7"
       ref: "https://www.livgolf.com/watch/index"
       resolutionheight: null
       resolutionwidth: null
       stream_id: "09f5b80b-a738-13fa-0bd4-53f6da5c7b28"
       ttfirstframe: 0.9999999999999999
       uid: "83660930-8a8b-494c-a251-7c00f63973d7"
       url: "https://www.livgolf.com/watch/liv-originals/liv-lessons/liv-lessons-sergio-garcia-ch-2-dominating-the-scoring-zone"
       vid: "4d9e9e5d-29ec-49f8-8d40-cf94cfdf06b9"
       vpos: 0
```

//

---

[44]    *See*, *e.g.*, EXPERIAN IDENTITY APPEND, https://docs.experianaperture.io/identity-append/experian-identity-append/overview/introduction/#reverse-email-append ("Reverse email append … allows you to input an email address and receive the name and address of the individual associated with that email.").

*Mobile Web Browser (Safari)*

```
▼ [{aid: "liv-golf", cid: "9ed7dee0-c719-11ec-bc25-a195c2a34357", pfm: "WEBSITE",…}]
  ▼ 0: {aid: "liv-golf", cid: "9ed7dee0-c719-11ec-bc25-a195c2a34357", pfm: "WEBSITE",…}
      aid: "liv-golf"
      apod: ""
      apos: null
      bitrate: null
      brandname: "liv-golf"
      bufferhealth: null
      cid: "9ed7dee0-c719-11ec-bc25-a195c2a34357"
      connectionspeed: null
      dp1: ""
      dp2: ""
      dp3: ""
      dp4: ""
      dp5: ""
      embedurl: ""
      environment: "production"
      media_type: "VIDEO"
      networkname: null
      pa: "PLAY"
      pfm: "WEBSITE"
      player: "native"
      profid: "99c08ae2-0aea-4496-8e70-fd8ec07b45f4"
      ref: "https://www.livgolf.com/watch/index"
      resolutionheight: null
      resolutionwidth: null
      stream_id: "a22e7195-c3fc-f4e1-34dd-8ffbb49f3ca6"
      ttfirstframe: null
      uid: "99c08ae2-0aea-4496-8e70-fd8ec07b45f4"
      url: "https://www.livgolf.com/watch/bryson-dechambeaus-2026-dominance-best-moments"
      vid: "064c446f-82a6-439d-8ec5-71acb0b22f1c"
```

60.     ViewLift explains that a User ID is a "[u]nique identifier for the user."[45]

61.     The fact that Defendant discloses to ViewLift, via the ViewLift tracking technology, the URL of the video the Website user is requesting and/or obtaining, is shown by the yellow highlights below. Here, the URL for the computer user was "https://www.livgolf.com/watch/liv-originals/liv-lessons/liv-lessons-sergio-garcia-ch-2-dominating-the-scoring-zone[.]" Here, URL for the mobile device user was: "https://www.livgolf.com/watch/bryson-dechambeaus-2026-dominance-best-moments[.]"

---

[45] VIEWLIFT, USER GUIDE FOR API ENDPOINTS, available at https://docs.viewlift.com/docs/user-guide-for-api-endpoints (Published Aug. 7, 2024).

*Computer (Chrome)*

▼ Request Payload      ( View source )
  ▼ [{aid: "liv-golf", cid: "9ed7dee0-c719-11ec-bc25-a195c2a34357", pfm: "WEBSITE",…}]
    ▼ 0: {aid: "liv-golf", cid: "9ed7dee0-c719-11ec-bc25-a195c2a34357", pfm: "WEBSITE",…}
        aid: "liv-golf"
        apod: ""
        apos: null
        bitrate: null
        brandname: "liv-golf"
        bufferhealth: 830
        cid: "9ed7dee0-c719-11ec-bc25-a195c2a34357"
        connectionspeed: null
        dp1: ""
        dp2: ""
        dp3: ""
        dp4: ""
        dp5: ""
        embedurl: ""
        environment: "production"
        media_type: "VIDEO"
        networkname: null
        pa: "FIRST_FRAME"
        pfm: "WEBSITE"
        player: "native"
        profid: "83660930-8a8b-494c-a251-7c00f63973d7"
        ref: "https://www.livgolf.com/watch/index"
        resolutionheight: null
        resolutionwidth: null
        stream_id: "09f5b80b-a738-13fa-0bd4-53f6da5c7b28"
        ttfirstframe: 0.9999999999999999
        uid: "83660930-8a8b-494c-a251-7c00f63973d7"
        url: "https://www.livgolf.com/watch/liv-originals/liv-lessons/liv-lessons-sergio-garcia-ch-2-dominating-the-scoring-zone"
        vid: "4d9e9e5d-29ec-49f8-8d40-cf94cfdf06b9"
        vpos: 0

23

***Mobile Web Browser (Safari)***

```
▼[{aid: "liv-golf", cid: "9ed7dee0-c719-11ec-bc25-a195c2a34357", pfm: "WEBSITE",…}]
  ▼0: {aid: "liv-golf", cid: "9ed7dee0-c719-11ec-bc25-a195c2a34357", pfm: "WEBSITE",…}
     aid: "liv-golf"
     apod: ""
     apos: null
     bitrate: null
     brandname: "liv-golf"
     bufferhealth: null
     cid: "9ed7dee0-c719-11ec-bc25-a195c2a34357"
     connectionspeed: null
     dp1: ""
     dp2: ""
     dp3: ""
     dp4: ""
     dp5: ""
     embedurl: ""
     environment: "production"
     media_type: "VIDEO"
     networkname: null
     pa: "PLAY"
     pfm: "WEBSITE"
     player: "native"
     profid: "99c08ae2-0aea-4496-8e70-fd8ec07b45f4"
     ref: "https://www.livgolf.com/watch/index"
     resolutionheight: null
     resolutionwidth: null
     stream_id: "a22e7195-c3fc-f4e1-34dd-8ffbb49f3ca6"
     ttfirstframe: null
     uid: "99c08ae2-0aea-4496-8e70-fd8ec07b45f4"
     url: "https://www.livgolf.com/watch/bryson-dechambeaus-2026-dominance-best-moments"
     vid: "064c446f-82a6-439d-8ec5-71acb0b22f1c"
```

62.     Notably, the User ID in the above screenshot matches the User ID disclosed simultaneously with the user's e-mail address to ViewLift in the screenshot of the transmissions following paragraph 60.  Thus, ViewLift connects—and Defendant knows ViewLift connects— the user's e-mail address with the video the user is requesting or obtaining

### 2.    *iOS Transmissions*

63.     When a user signs into their LIV Golf account on the iOS App and requests or obtains a pre-recorded video, Defendant discloses to ViewLift: (i) the title and persistent link[46] of

---

[46] "A persistent link, also known as a permalink, is an URL that connects directly to a specific online resource that may otherwise change." OREGON STATE UNIVERSITY, *Persistent*

the pre-recorded video that the user is requesting and/or obtaining, including "event data"/video interactions; and (ii) a unique device identifier tied to the user's email address.

64.    First, Defendant generates a login token ("Token") for its users who create and sign into their LIV Golf account. This Token contains the email address of the iOS App user. The fact that Defendant discloses to ViewLift, via the Token, the user's e-mail address and other identifying information in Base64 is shown by the red highlights. The green highlights show the email and full name that has been easily decoded from the information. [47]

*Original Base64 – iOS App*

| deviceId | ios-f51e6e88-056c-449e-8c0c-981df0adc256 |
| deviceName | ios |
| platform | ios |

▼ Request Payload    ( View parsed )

{"oidcIdToken":"eyJhbGciOiJFUzI1NiIsImtpZCI6IjM2Yjg1YWY4LWJjNzYtNGFiZS04ZjlmLTY1MTk5MGE1NGRlMSIsInR5cCI6IkpXVCJ9.ey JhdF9oYXNoIjoiRUtrbntR2S05vZDJwajRRMG5IM2VKdyIsImF1ZCI6WyJsaXZnb2xmLWFwcC1wcmQiXSwiYXV0aF90aW1lIjoxNzcxOTc0N TY2LCJjb3VudHJ5IjoiVVMiLCJjcmVhdGVkX2F0IjoiMjAyNi0wMi0yNFQyMzowOToyMS44NjJaIiwiZW1haWwiOiJqbzNzdDN2MzQ0QGd tYWlsLmNvbSIsImV4cCI6MTc3MTk3ODE3MSwiZmlyc3RuYW1lIjoiSm9lIiwiaWF0IjoxNzcxOTc0NTcxLCJpc19lbWFpbF92ZXJpZmllZCI6d HJ1ZSwiaXNfcGhvbmVfdmVyaWZpZWQiOmZhbHNlLCJpc3MiOiJodHRwczovL2lkLmxpdmdvbGYuY29tIiwianRpIjoiNmQzMDEzM2It MWVmMi00NTc2LWJlMTgtYWI2MzJiZDFmZDljIiwibGFzdG5hbWUiOiJTdGV2ZSIsInBob25lIjpudWxsLCJyYXQiOjE3NzE5NzQ1MzcsInN pZCI6IjIxMDBkMjhlLWVhZDYtNGNiZC05M2Y0LWUyZDcwNzZjYjgxZSIsInN1YiI6InI4ajQ1dWJjcmUifQ.gAZ9-Imswbt_4R0YQHl0sCw3Y y_aIHfZ50UgbvHJOjTkiUXEoyHw_6Lw_oGj-ngdnno5O_4pe8oo2Md1BghXtA"}

*Decoded Plaintext – iOS App*

{"alg":"ES256","kid":"36b85af8-bc76-4abe-8f9f-651990a54de1","typ":"JWT"}{"at_hash":"EKkntvKNod2pj4Q0ne3eJw","aud":["livgolf-app-prd"],"auth_time":1771974566,"country":"US","created_at":"2026-02-24T23:09:21.862Z","email":"jo3st3v344@gmail.com","exp":1771978171,"firstname":"Joe","iat":1771974571,"is_email_verified":true,"is_phone_verified":false,"iss":"https://id.livgolf.com","jti":"6d30133b-1ef2-4576-be18-ab632bd1fd9c","lastname":"Steve","phone":null,"rat":1771974537,"sid":"2100d28e-ead6-4cbd-93f4-e2d7076cb81e","sub":"r8j45ubcre"} �g⊒φKv2G}tRNH\J2/?磓■wP`{@

---

*Links/Permalinks:    What    are    Persistent    Links    or    Permalinks?,* https://guides.library.oregonstate.edu/persistent_links.

[47] A more in-depth explanation of Base64 is detailed *supra* ¶¶ 54-56.

65.    That Defendant discloses to ViewLift, via the ViewLift tracking technology, an iOS App user's device ID, is shown by the purple highlights. Here, the iOS App user's device ID is "ios-f51e6e88-056c-449e-8c0c-981df0adc256[.]"

```
0: {uid: "46e86e3f-3926-42bf-8294-5c4823dc057b", deviceid: "ios-f51e6e88-056c-449e-8c0c-981df0adc256",…}
aid: "liv-golf"
apos: 0
appversion: "6.0.14.41"
cid: "9ed7dee0-c719-11ec-bc25-a195c2a34357"
deviceid: "ios-f51e6e88-056c-449e-8c0c-981df0adc256"
duration: "Optional(502.0)"
environment: "production"
eventType: "Player Beacon"
media_type: "video"
pa: "PLAY"
pfm: "iOS"
player: "Native"
profid: "46e86e3f-3926-42bf-8294-5c4823dc057b"
ref: "FilmPlayerView"
resolutionheight: 667
resolutionwidth: 375
siteid: "9ed7dee0-c719-11ec-bc25-a195c2a34357"
source: "VLPlayer"
stream_id: "65876e1613cbe5da45caee75bd8440c18d367d6e"
title: "LIV Film: LIV Golf Hong Kong"
tstamp: "2026-02-24 23:18:14"
tstampoverride: "2026-02-24 23:18:14"
uid: "46e86e3f-3926-42bf-8294-5c4823dc057b"
url: "liv-golf/films/title/LIV Film: LIV Golf Hong Kong"
vid: "b75dd31b-ad71-4a04-9231-5db466d5dbcc"
vpos: 0
```

66.    ViewLift explains that a device ID is "[a] unique identifier for the device."[48]

67.    The fact that Defendant discloses to ViewLift, via the ViewLift tracking technology, the title and persistent link ("permalink")[49] of the video the iOS App user is requesting and/or obtaining, is shown by the yellow highlights below. Here, the title of a video was "LIV

---

[48]    VIEWLIFT, ANONYMOUS TOKEN API DOCUMENT, available at https://docs.viewlift.com/docs/anonymous-token-api-document (updated on Sep. 11, 2024).

[49] "A persistent link, also known as a permalink, is an URL that connects directly to a specific online resource that may otherwise change." OREGON STATE UNIVERSITY, *Persistent Links/Permalinks: What are Persistent Links or Permalinks?*, https://guides.library.oregonstate.edu/persistent_links

Film: LIV Golf Hong Kong[.]" Here, the permalink of a video was "liv-golf/films/title/LIV Film: LIV Golf Hong Kong[.]" ViewLift also received "event data"/a video interaction titled "PLAY," showing that the user clicked to play the video.

```
0: {uid: "46e86e3f-3926-42bf-8294-5c4823dc057b", deviceid: "ios-f51e6e88-056c-449e-8c0c-981df0adc256",…}
  aid: "liv-golf"
  apos: 0
  appversion: "6.0.14.41"
  cid: "9ed7dee0-c719-11ec-bc25-a195c2a34357"
  deviceid: "ios-f51e6e88-056c-449e-8c0c-981df0adc256"
  duration: "Optional(502.0)"
  environment: "production"
  eventType: "Player Beacon"
  media_type: "video"
  pa: "PLAY"
  pfm: "iOS"
  player: "Native"
  profid: "46e86e3f-3926-42bf-8294-5c4823dc057b"
  ref: "FilmPlayerView"
  resolutionheight: 667
  resolutionwidth: 375
  siteid: "9ed7dee0-c719-11ec-bc25-a195c2a34357"
  source: "VLPlayer"
  stream_id: "65876e1613cbe5da45caee75bd8440c18d367d6e"
  title: "LIV Film: LIV Golf Hong Kong"
  tstamp: "2026-02-24 23:18:14"
  tstampoverride: "2026-02-24 23:18:14"
  uid: "46e86e3f-3926-42bf-8294-5c4823dc057b"
  url: "liv-golf/films/title/LIV Film: LIV Golf Hong Kong"
  vid: "b75dd31b-ad71-4a04-9231-5db466d5dbcc"
  vpos: 0
```

68.    Notably, the device ID in the above screenshot matches the device ID disclosed simultaneously with the user's e-mail address to ViewLift in the screenshot of the iOS transmission following paragraph 67. Thus, ViewLift connects—and Defendant knows ViewLift connects—the user's e-mail address with the video the user is requesting or obtaining.

## IV.    DEFENDANT DISCLOSES CLASS MEMBERS' PII AND VIDEO-VIEWING INFORMATION TO GOOGLE AND VIEWLIFT FOR THE PURPOSES OF MARKETING, ADVERTISING, AND ANALYTICS

69.    Defendant transmits the foregoing PII and video-viewing information to Google and ViewLift so that Google and ViewLift can help Defendant launch marketing campaigns, target specific Website users with advertising, and/or analyze Website user data.

27

A.      Google Analytics

70.     According to Google, "Google Analytics is a platform that collects data from []
websites and apps to create reports that provide insights into [] business[es]."[50]

71.     To discern when "two different [users] interact with [a] website[,] … Google
Analytics identifies an individual user based on [Google Analytics] reporting identit[ies.]"[51]
Reporting identities are combinations of "identifiers … called *identity spaces*" – namely, "User-
ID"; "user-provided data"; "device ID"; and "modeling[.]"[52]

- A "User-ID" is a "persistent ID[,]"[53] consisting of a unique combination of
  up to "256 characters[,]"that is created by website operators and "assign[ed]
  and consistently reassign[ed] … to [] users[,] … typically [] during login."[54]

- "User-provided data" consists of contact details such as "email, phone,
  name and address[,]" provided by website users, that "is [] matched with
  other Google data … to improve the accuracy of [] measurement data and
  power enhanced Analytics capabilities."[55]   Although these personal details
  are "hashed,"[56] the reality is that, even in hashed form, they are traceable to
  individuals.[57]

---

[50]   GOOGLE, HOW GOOGLE ANALYTICS WORKS, https://support.google.com/analytics/answer/12159447.

[51]   GOOGLE, TRAFFIC-SOURCE DIMENSIONS, https://support.google.com/analytics/answer/11080067.

[52]   GOOGLE, [GA4] REPORTING IDENTITIES, https://support.google.com/analytics/answer/10976610.

[53]   *Id.*

[54]   GOOGLE, [GA4] MEASURE ACTIVITY ACROSS PLATFORMS WITH USER-ID, https://support.google.com/analytics/answer/9213390.

[55]   GOOGLE, [GA4] USER-PROVIDED DATA COLLECTION, https://support.google.com/analytics/answer/14077171.

[56]   *Id.*

[57]   *See, e.g.*, FEDERAL TRADE COMMISSION, DOES HASHING MAKE DATA "ANONYMOUS"?, https://www.ftc.gov/policy/advocacy-research/tech-at-ftc/2012/04/does-hashing-make-data-anonymous ("[H]ashing is vastly overrated as an 'anonymization' technique … the casual assumption that hashing is sufficient to anonymize data is risky at best, and usually wrong."); FEDERAL TRADE COMMISSION, NO, HASHING STILL DOESN'T MAKE YOUR DATA ANONYMOUS,

28

- A "device ID" is a "browser-based or mobile-app-based identifier[.]"[58] "On a website, device ID gets its value from the client ID property of the _ga cookie. In an iOS or Firebase app, device ID gets its value from the app-instance ID, which identifies a unique installation of the app."[59]

- "Modeling" uses "machine learning to model the behavior of users who decline analytics cookies based on the behavior of similar users who accept analytics cookies."[60]

72.    Google Analytics can also leverage "Google signals," which "associates [data] with user[s'] … Google accounts," for "users who have signed in …  and who have turned on Ads Personalization."[61] "This association of data with these signed-in users is used to enable cross-device remarketing, and cross-device key events export to Google Ads."[62] Google Signals is discussed *infra*, § IV.B.

73.    Google describes the reports and insights associated with Google Analytics as

---

https://www.ftc.gov/policy/advocacy-research/tech-at-ftc/2024/07/no-hashing-still-doesnt-make-your-data-anonymous ("[H]ashes aren't 'anonymous' and can still be used to identify users, and their misuse can lead to harm. Companies should not act or claim as if hashing personal information renders it anonymized."); STEVEN ENGLEHARDT ET AL., I NEVER SIGNED UP FOR THIS! PRIVACY IMPLICATIONS OF EMAIL TRACKING, https://petsymposium.org/2018/files/papers/issue1/paper42-2018-1-source.pdf ("[H]ashing of PII, including emails, is not a meaningful privacy protection. This is folk knowledge in the security community, but bears repeating."); MARTECH, FTC PRIVACYCON: YOUR EMAIL ADDRESS IS LEAKING AND VULNERABLE, https://martech.org/ftc-privacycon-email-address-leaking-vulnerable ("Hashing is an algorithmic process that turns [information] into a gibberish label[.] … Although gibberish, it's unique, so it can be employed as an anonymized identifier. It's supposed to be one-way, meaning that you can't turn the gibberish back into the [original form]. Wrong, says Englehardt and his colleagues.").

[58] GOOGLE, [GA4] DEVICE ID, https://support.google.com/analytics/answer/9356035.

[59] *Id.*

[60] GOOGLE, [GA4] BEHAVIORAL MODELING FOR CONSENT MODE, https://support.google.com/analytics/answer/11161109.

[61] GOOGLE, [GA4] ACTIVATE GOOGLE SIGNALS FOR GOOGLE ANALYTICS PROPERTIES, https://support.google.com/analytics/answer/9445345.

[62] *Id.*

29

follows:[63]

Real-Time Reporting
- Monitor activity on your site or app as it happens.

Acquisition Reports
- See how users land on your site or app and understand the effectiveness of your marketing.
  - User Acquisition[:] Discover how users reach your site or app through different paid and organic sources.
  - Traffic Acquisition[:] See a session-based view of traffic and engagement on your site or app through different paid and organic traffic sources.

Engagement Reports
- Better understand what content drives engagement and conversions on your site or app.
  - Events Report[:] Get a detailed view of user actions, system events, or errors.
  - Conversion Report[:] See how all your marketing channels are working together to drive conversions.
  - Pages and Screen Report[:] See which web pages and app screens users engage with the most.

Monetization Reports
- See how much revenue your site or app generates whether it's from ecommerce, subscriptions, or ads.
  - Ecommerce[:] Analyze purchase activity including product and transaction information, average purchase revenue, average purchase revenue per user, and other data.
  - In-App Purchases[:] Improve your app monetization with insights about the highest performing products and subscriptions.
  - Publisher Ads[:] See ad revenue that your app generates using the Google Analytics for Firebase SDK.

74. Google Analytics also tracks portions of users' IP addresses for "analysis of general location trends" despite masking the full IP address of a user.[64]

75. This gathered information is used for marketing and advertising. Specifically, Google "Analytics is designed to work seamlessly with other Google solutions and partner

---

[63] GOOGLE, ANALYTICS FEATURES, https://marketingplatform.google.com/about/analytics/features/.

[64] "In GA4, IP anonymization is automatically enabled by default. This means you don't have to configure anything—Google Analytics will automatically mask user IP addresses before they're processed or stored." SELINE ANALYTICS, WHAT IS IP ANONYMIZATION IN GOOGLE ANALYTICS?, https://seline.com/google-analytics-terms/ip-anonymization.

products" and can "unlock deeper insights into [advertising] campaign performance from Google Ads, Display & Video 360, and Search Ads 360."[65]

76.     Google Analytics integrates with Google Ads so that clients, like Defendant, can "[s]ee [] Ads data together with [] website and app performance data in the Google Ads reports in Analytics."[66] Google Analytics integrates with Display & Video 360 and Search Ads so that clients, like Defendant, can "[e]xport conversions created in Analytics[,]" "create audiences that are predicted to take [certain] actions[,]" and "use them for automated bidding" in Display & Video 360 and Search Ads 360.[67]

77.     Gathered information is also used for analytics. With Google Analytics, clients, like Defendant, can "apply[] Google's machine learning models, … analyze [] data[,] and predict future actions people may take, like making a purchase or churning."[68]

78.     In addition, Google Analytics can "automatically detect and surface actionable insights from [gathered] data like important changes, new trends, and other growth opportunities[.]"[69] And Google can provide "[a]nswers to [marketers' q]uestions … in natural language[,] … to quickly find [] metric[s], report[s], or insights[.]"[70] Through Google Analytics' "[u]ser [e]xploration" functions, it is even possible to "[s]elect specific groups of users and drill down deeper to understand how those users engage with [a] site or app."[71]

---

[65]     GOOGLE, ANALYTICS FEATURES, https://marketingplatform.google.com/about/analytics/features/.

[66] *Id.*

[67] *Id.*

[68] *Id.*

[69] *Id.*

[70] *Id.*

[71] *Id.*

31

79.     Thus, Google Analytics furnishes "a complete understanding of [] customers across devices and platforms[,] … [and] gives [] the tools[] … to understand customer journey and improve marketing ROI."[72]

80.     Defendant uses Google Analytics for such marketing, advertising, and analytics purposes.

## B.     Google Signals

81.     Through "Google signals[,] … [Google] Analytics associates event data it collects from users with the Google accounts of users who are signed in[.]"[73] "This association of data with these signed-in users is used to enable cross-device remarketing, and cross-device key events export to Google Ads."[74]

82.     Thus, with Google Signals, "Google is able to develop a holistic view of how those users interact with an online property from multiple browsers and multiple devices. For example, [one] can see how users browse products on [a] site from a phone, and later return to complete purchases from a tablet or laptop."[75]

83.     This gathered information is used for marketing and advertising. Namely, "Google signals enables[ r]emarketing[;] … Google Ads and other Google Marketing Platform advertising products can use third-party advertising identifiers enabled by Google signals to serve ads in …

---

[72] GOOGLE, ANALYTICS OVERVIEW, https://marketingplatform.google.com/about/analytics/.

[73] GOOGLE, [GA4] PREDEFINED USER DIMENSIONS, https://support.google.com/analytics/answer/9268042.

[74] GOOGLE, [GA4] ACTIVATE GOOGLE SIGNALS FOR GOOGLE ANALYTICS PROPERTIES, https://support.google.com/analytics/answer/9445345.

[75] *Id.*

remarketing campaigns to Google users[.]"[76]

84.    Put simply, "[r]emarketing lets [Google's clients] re-engage users based on their behavior in [an] app or on [a] site. When users fit the behavioral profile for an audience (for example, Reached Level 9), they are added to that audience and are eligible to see ads related to that earlier behavior."[77]

85.    Gathered information is also used for analytics. Google Signals helps "[r]eport on cross-device user counts[,]" "[r]eport and understand different groups of users based on the different device combinations they use[,]" [r]eport on and understand [] cross-device marketing performance (e.g., channels, campaigns, etc.)[,]" and "[u]nderstand the customer journey across devices by analyzing user-based reports (active users, funnels, pathing)[.]"[78] In this sense, "Google signals enables[] … Google Analytics [to] collect[] additional information about demographics and interests … from users who are signed in to their Google accounts[.]"[79]

86.    Defendant uses Google Signals for such marketing, advertising, and analytics purposes.

**D.    ViewLift**

87.    ViewLift is an "over-the-top" media service (an "OTT").[80] An "OTT" refers to a

---

[76] GOOGLE, [GA4] ACTIVATE GOOGLE SIGNALS FOR GOOGLE ANALYTICS PROPERTIES, https://support.google.com/analytics/answer/9445345.

[77] GOOGLE, ENABLE REMARKETING WITH GOOGLE ANALYTICS DATA, https://support.google.com/analytics/answer/9313634.

[78] *Id.*

[79] GOOGLE, [GA4] ACTIVATE GOOGLE SIGNALS FOR GOOGLE ANALYTICS PROPERTIES, https://support.google.com/analytics/answer/9445345.

[80] "OTT stands for "over-the-top" and refers to technology (OTT services or platforms)." ADJUST, *What is over-the-top (OTT)?*, https://www.adjust.com/glossary/ott-over-the-top/.

service or platform "that delivers streamed content via internet-connected devices."[81]

88.     ViewLift performs a variety of functions for Defendant, and boasts that it "is the one-stop solution for [Defendant's] ... streaming needs[.]"[82]

89.     A blog post on ViewLift's own website admits that "OTT service providers" like itself can "crunch[] viewership data" and "mine insights" of consumers[83] and thus does not merely provide video content. Indeed, ViewLift obtains LIV Golf user video-viewing habits in order to provide Defendant analytics and advertising services and solutions. To do so, ViewLift relies on both SDKs and APIs (the "ViewLift technologies").

90.     "An SDK is a set of platform-specific building tools" that "offer[s] a variety of functionalities."[84] For example, an SDK "may help a company evaluate data" or "may be used for monetization purposes, including content personalization and targeted advertising."[85] In other words, SDKs make data usable. An API "enables software applications to communicate with each other to exchange data, features and functionality."[86] The "[k]ey [c]omponents of an API" include (i) "the type of request[]" such as "GET (Retrieve data)[,]" "POST (Send data)[,]" "PUT (Update data)[,]" and "DELETE (Remove data)[;]" (ii) the "[e]ndpoint[]" or "URL where the API is

---

[81] *Id.*

[82] VIEWLIFT, ABOUT US, https://viewlift.com/about/ (last accessed Apr. 15, 2026).

[83] Nimesh Johri, *Hidden In Plain Sight: How OTT Platforms Can Mine User Preferences*, VIEWLIFT (Sep. 28, 2022), https://viewlift.com/resources/blog/hidden-in-plain-sight-how-ott-platforms-can-mine-user-preferences/.

[84] Daniel Goldberg & Rick Borden, *Regulators and Litigators are Investigating Data Flows Through SDKs – An Overview and Practical Steps to Reduce Risk*, TECHNOLOGY LAW, FRANKFURT KURNIT KLEIN + SELZ PC (Aug. 23, 2023), https://technologylaw.fkks.com/post/102imku/regulators-and-litigators-are-investigating-data-flows-through-sdks-an-overview.

[85] *Id.*

[86] Michael Goodwin, *What is an API (application programming interface)?*, IBM (Apr. 9, 2024), https://www.ibm.com/think/topics/api.

hosted[,]" and (iii) "[q]uery parameters[,]" or, "[a]dditional data sent to the API to customize requests."[87]

91.    For example, ViewLift uses the "beacon API[,]" and this "Player beacon tracks registered users with their profile ID"[88] in order to gather metrics. ViewLift enables Defendant to "[s]earch a user account by[,]" *inter alia*, the Website user's "[e]mail" and "[n]ame[.]"[89] Moreover, through the "VLPlayer SDK," ViewLift can track "[e]vents[,]" including "[e]vent[s]" like "play[,]" described as: "Plays the video from a stopped/paused state."[90]

92.    Defendant has the ability use this ViewLift-gathered data for its own analytics and advertising purposes.[91]

93.    As to analytics, ViewLift clients like Defendant can utilize "metrics available in ViewLift's Dashboard 360 Analytics. These metrics can be used to track progress against [Defendant's] business objectives, like increasing user engagement, reach, and revenue."[92] "[M]etrics … shown on the Dashboard 360 page" include but are not limited to:

- Streaming Users[,] which is "[t]he total number of streaming users for a specific period."
- Sessions[:] Activities are monitored by sessions. This means it *tracks user actions and behavior* within a specific timeframe (e.g., while they

---

[87] NonCoderSuccess, *API vs SDK: Understanding the Difference with Examples*, MEDIUM (Dec. 9, 2024), https://noncodersuccess.medium.com/api-vs-sdk-understanding-the-difference-with-examples-dc5a34fc049c.

[88] VIEWLIFT,                                    DASHBOARD, https://docs.viewlift.com/v1/docs/dashboard?highlight=analytics%2Fplayer-beacon    (updated Mar. 15, 2024).

[89] VIEWLIFT, USERS (NEW UI), https://docs.viewlift.com/v1/docs/user (updated Mar. 14, 2024).

[90] VIEWLIFT, VLPLAYER SDK - HTML5, https://docs.viewlift.com/v1/docs/vlplayer-webplayer-sdk (updated Oct. 2, 2022).

[91] *See, e.g.*, VIEWLIFT, DATA & ANALYTICS, https://viewlift.com/video-platform/ott-analytics/.

[92] VIEWLIFT, DASHBOARD, https://docs.viewlift.com/v1/docs/dashboard (updated Mar. 15, 2024).

have your app open or are browsing your website).[93]

94.     This "360-degree data & analytics dashboard" is said to help Defendant "make better business decisions."[94] Defendant can use also use ViewLift to "*identify those [users] in danger of leaving*" the LIV Golf platform, and allows Defendant to "use insights on marketing and engagement to drive tactics for higher user retention."[95]

95.     In addition to analytics, gathered LIV Golf user data is also used for advertising. For example, ViewLift provides Server-Side Ad Insertion ("SSAI") which "allows for more accurate tracking and analytics, providing insights into ad performance."[96] SSAI allows "[t]he content and advertisements"[97] that LIV Golf users encounter "be targeted towards individual end-users" like Plaintiff and Class Members.[98]

96.     In sum, the ViewLift technologies help Defendant "make profitable changes in [Defendant's] streaming" of its LIV Golf videos.[99] However, ViewLift warns its clients, like Defendant, that they should "[b]e transparent about data collection and usage."[100]

//

---

[93] *Id.* (emphasis added).

[94] VIEWLIFT, DATA & ANALYTICS, https://viewlift.com/video-platform/ott-analytics/.

[95] *Id.* (emphasis added).

[96] VIEWLIFT, SERVER-SIDE AD INSERTION (SSAI), https://docs.viewlift.com/docs/server-side-ad-insertion-ssai (published Jan. 3, 2025).

[97] *Id.*

[98] Ruben Joseph, *Video Ad Insertion Methodologies Part 2: AN OTT/CTV Playbook Series*, L&T TECHNOLOGY SERVICES (published Oct. 23, 2023), https://www.ltts.com/blog/video-ad-insertion-OTT-CTV-playbook-series-2. "With over 17 years of experience … Ruben is an expert in Quality Assurance and Test Automation. His other areas of specialization are OTT, Video streaming, Video AD integration and user analytics." *Id.*

[99] VIEWLIFT, DATA & ANALYTICS, https://viewlift.com/video-platform/ott-analytics/.

[100] VIEWLIFT, SERVER-SIDE AD INSERTION (SSAI), https://docs.viewlift.com/docs/server-side-ad-insertion-ssai (published Jan. 3, 2025).

36

## V.    DEFENDANT KNOWINGLY DISCLOSES CLASS MEMBERS' PII AND VIDEO-VIEWING INFORMATION TO GOOGLE AND VIEWLIFT

97.    Based on the above, it is abundantly clear that Defendant *intentionally* and *knowingly* discloses users' PII and video-viewing information to Google and ViewLift.

98.    *First*, as outlined above, Defendant "knew that it was collecting data from users that identified personalized information about them because, in exchange for the data, [Google and ViewLift] provided [Defendant] with analytics allowing [Defendant] to provide advertisements tailored to specific users." *Saunders v. Hearst Television, Inc.*, 711 F. Supp. 3d 24, 31 (D. Mass. 2024).

99.    Indeed, Defendant admits in its "Privacy Policy"—which is not "a form distinct and separate from any form setting forth other legal or financial obligations of the consumer" pursuant to 18 U.S.C. § 2710(b)(2)(B)(i)—that:

> We ... may use ... cookies, or pixels, to collect various types of information about you, your device, and your use of our Services. The types of automatically collected personal information may include: ... device information and identifiers, ... ***the advertisements, videos, and other content you have accessed, seen, watched, forwarded, and/or clicked on***, ....
>
> We may disclose your information as follows: ... To conduct or support ***marketing, advertising, and analytics***, we may use third-party cookies, web beacons, or other tracking technologies, including to understand usage of the Services, offer you advertisements that target your particular interests, analyze the performance of our advertising campaigns, and to improve or customize the products, content, offerings, or Services.[101]

100.    Defendant also concedes that "[*w*]*e may use Google Analytics*, which is a web analytics service provided by Google, and similar third-party advertising and analytics partners to collect certain information relating to your use of the Services (such as pages viewed, links

---

[101] LIV GOLF, PRIVACY POLICY, https://www.livgolf.com/privacy-policy ("Last updated: January 16, 2026") (emphasis added).

selected, form population and abandonment, country/city, details of device used (i.e., Android or iOS device), etc.)."[102]

101.    *Second*, the code for the Google and ViewLift tracking technologies at issue did not spontaneously appear on the Liv Golf Website and iOS App (which Defendant owns and operates). Instead, Defendant intentionally and knowingly integrated the foregoing tags, SDKs/APIs, and/or other technologies (Google Analytics, Google Signals, and Google's tags/libraries associated therewith, and the ViewLift SDK and API) into the HTML documents and/or other libraries defining the contents of the Website and iOS App.

102.    As to Google Analytics, Google explains: "To begin seeing data in your new Google Analytics 4 property, you'll need to do one of the following: Add the tag to a website builder or CMS-hosted website … Add the Google tag directly to your web pages … [or a]dd your tag using Google Tag Manager[.]"[103] As to Google Signals, Google explains: "[To a]ctivate Google signals[, 1. I]n Admin, under Data collection and modification, click Data Collection. … 2. Turn on the switch for Enable Google signals data collection."[104]

103.    As to the ViewLift SDK, ViewLift explains: "You can integrate the ViewLift Player SDK into your website and customize it. ... There are two things you'll need ... [1] the reference to the Javascript and [2] CSS files on whichever page you want to use the player SDK."[105] To initialize the SDK, "you ... need to initialize an instance of the ViewLift Player with

---

[102] *Id.* (emphasis added).

[103] GOOGLE, [GA4] SET UP ANALYTICS FOR A WEBSITE AND/OR APP, https://support.google.com/analytics/answer/9304153.

[104] GOOGLE, [GA4] ACTIVATE GOOGLE SIGNALS FOR GOOGLE ANALYTICS PROPERTIES, https://support.google.com/analytics/answer/9445345.

[105] VIEWLIFT, VLPLAYER SDK - HTML5, https://docs.viewlift.com/v1/docs/vlplayer-webplayer-sdk (updated Oct. 2, 2022).

a valid ViewLift Token."[106] ViewLift explains further: "To request a ViewLift Token, you'll need a ViewLift API Key."[107]

104. Therefore, Defendant knowingly and intentionally provides personal information and video-viewing information to Google and ViewLift for marketing, advertising, and analytics services.

## VI.    PLAINTIFF HASKELL'S EXPERIENCE

105. Plaintiff James Haskell is a resident and citizen of Gloucester, Massachusetts. In or around September 2024, Plaintiff created a LIV X account.

106. In or around that time, Plaintiff used the LIV Golf Website and LIV Golf iOS App, while signed into his LIV Golf account, to watch various pre-recorded videos. Plaintiff watched pre-recorded videos on the Website on both his computer and iOS mobile device. Plaintiff watched pre-recorded videos while in Massachusetts.

107. Plaintiff most recently watched a pre-recorded video, while signed into his LIV Golf account, in or around August or September of 2025, on the iOS App. Specifically, Plaintiff watched tournament highlights.

108. Plaintiff was logged into his Google account when he accessed the LIV Golf Website and his LIV Golf iOS App.  Plaintiff created his Google account prior to creating his LIV X account.  Plaintiff had personalized adds turned on.

109. At all relevant times, Plaintiff never consented to, agreed to, or otherwise permitted Defendant to disclose his PII and video-viewing information to third parties, including but not limited to Google and ViewLift.

---

[106] *Id.*

[107] VIEWLIFT, USING API TO PUBLISH CONTENT, https://docs.viewlift.com/v1/docs/using-api-to-publish-content (updated Jun. 24, 2024).

110.    Likewise, Defendant never gave Plaintiff the opportunity to prevent the disclosure of his PII and video-viewing information to third parties, including but not limited to Google and ViewLift.

111.    Nevertheless, Defendant disclosed Plaintiff's PII and video-viewing information to Google through, *inter alia*, the title and URL of the pre-recorded video requested and/or obtained, including "event data"/video interactions; and (ii) various Google-specific identifiers that allow Google to tie Plaintiff back to his Google Account and/or profile, thus identifying Plaintiff.

112.    Defendant also disclosed Plaintiff's PII and video-viewing to ViewLift through, *inter alia*, (i) the title and URL of the pre-recorded video requested and/or obtained; and (ii) unique user and device identifiers associated with Plaintiff's email address.

113.    Using this information, Google and ViewLift were able to identify Plaintiff and attribute his video viewing records to an individualized profile of Plaintiff. Indeed, even an ordinary person could identify Plaintiff using the data Defendant disclosed to Google and ViewLift. Google and ViewLift compiled Plaintiff's PII and activity on the LIV Golf Website (including video-viewing information), which Defendant used and continues to use for marketing, advertising, and analytics purposes.

## THE PARTIES

114.    Plaintiff James Haskell is a resident of Gloucester, Massachusetts and has an intent to remain there, and is therefore a citizen of Massachusetts.

115.    Defendant LIV Golf Inc. is incorporated in Delaware and has its principal place of business in New York, NY. Defendant LIV Golf Inc. operates the LIV Golf Website and the LIV Golf iOS App, which are used throughout Massachusetts and the United States.

//

40

**JURISDICTION AND VENUE**

116.    This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 because it arises under a law of the United States (the VPPA).

117.    This Court also has subject matter jurisdiction over this civil action pursuant to 28 U.S.C. § 1332(d) because there are more than 100 class members, the aggregate amount in controversy exceeds $5,000,000, exclusive of interest, fees, and costs, and at least one Class member is a citizen of a state different from Defendant.

118.    This Court has personal jurisdiction over Defendant because Defendant collected and disseminated the personally identifiable information and video-viewing information giving rise to this lawsuit in this District. Defendant collects sensitive information from Massachusetts consumers, including their video consumption habits and geolocation data, so that it can deliver targeted advertisements in Massachusetts to these Massachusetts consumers.

119.    Defendant conducts substantial business in this District, and the conduct giving rise to this action arises out of and relates to that business.

120.    Moreover, the Court has specific personal jurisdiction over Defendant because Defendant obtained valuable personal data about Massachusetts consumers for its own commercial gain. *See, e.g.*, *Briskin v. Shopify, Inc.*, 135 F.4th 739, 756 (9th Cir. 2025) (en banc). Defendant and third parties Google and ViewLift know where users of its Website and iOS App are located based on users' IP addresses[108] and knowingly discloses user information, including geolocation data, to third parties. *See supra* ¶ 60 (ViewLift obtaining zip codes and IP addresses) and ¶ 77

---

[108]    *See, e.g.*, Diana Bocco, GEOTARGETLY, *IP Geolocation - How It Works*, https://geotargetly.com/blog/how-ip-geolocation-works ("At its core, IP geolocation involves the identification of an individual's or a device's geographical location based on their IP address. ... IP geolocation has significant implications for businesses ... Geolocation enables businesses to offer personalized user experiences.").

(Google tracks partial IP address data for analytics purposes such as "location trends"). Through those business activities, Defendant tortiously violated Plaintiff's privacy through its collection, maintenance, and/or sale of valuable personal data from Massachusetts consumers.

121.   Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to the claim occurred in this District.

**CLASS ALLEGATIONS**

122.   **Class Definition:**   Plaintiff seeks to represent a class of similarly situated individuals defined as all persons in the United States who created a LIV Golf account, used the Website or iOS App to watch a pre-recorded video, and subsequently had their PII disclosed to third parties (the "Class").

123.   Subject to additional information obtained through further investigation and discovery, the above-described Class may be modified or narrowed as appropriate, including through the use of multi-state subclasses.

124.   **Numerosity (Fed. R. Civ. P. 23(a)(1)):**   At this time, Plaintiff does not know the exact number of members of the aforementioned Class.   However, given the popularity of LIV Golf, the number of persons within the Class is believed to be so numerous that joinder of all members is impractical.

125.   **Commonality and Predominance (Fed. R. Civ. P. 23(a)(2), 23(b)(3)):**   There is a well-defined community of interest in the questions of law and fact involved in this case. Questions of law and fact common to the members of the Class that predominate over questions that may affect individual members of the Class include:

(a)   whether Defendant collected Plaintiff's and Class Members' PII;

(b)   whether Defendant unlawfully disclosed and continues to disclose Website and iOS App users' PII, including their video-viewing records, in violation of the VPPA;

42

(c)    whether Defendant's disclosures were committed knowingly; and

(d)    whether Defendant disclosed Plaintiff's and Class Members' PII without consent.

126.    **Typicality (Fed. R. Civ. P. 23(a)(3)):**  Plaintiff's claims are typical of those of the Class because Plaintiff, like all members of the Class, used a LIV Golf account to watch pre-recorded videos and consequently had his PII and video-viewing information transmitted to third parties without his consent.

127.    **Adequacy (Fed. R. Civ. P. 23(a)(4)):** Plaintiff has retained and is represented by qualified and competent counsel who are highly experienced in complex consumer class action litigation, including litigation concerning the VPPA and its state-inspired offspring. Plaintiff and his counsel are committed to vigorously prosecuting this class action. Moreover, Plaintiff is able to fairly and adequately represent and protect the interests of the Class. Neither Plaintiff nor his counsel have any interest adverse to, or in conflict with, the interests of the absent members of the Class. Plaintiff has raised viable statutory claims, of the type reasonably expected to be raised by members of the Class, and Plaintiff will vigorously pursue those claims. If necessary, Plaintiff may seek leave of this Court to amend this complaint to include additional representatives to represent the Class, additional claims as may be appropriate, or to amend the definition of the Class to address any steps that Defendant took.

128.    **Superiority (Fed. R. Civ. P. 23(b)(3)):**  A class action is superior to other available methods for the fair and efficient adjudication of this controversy because individual litigation of the claims of all members of the Class is impracticable. Even if every member of the Class could afford to pursue individual litigation, the court system could not. It would be unduly burdensome to the courts in which individual litigation of numerous cases would proceed.  Individualized litigation would also present the potential for varying, inconsistent or contradictory judgments,

43

and would magnify the delay and expense to all parties and to the court system resulting from multiple trials of the same factual issues. By contrast, the maintenance of this action as a class action, with respect to some or all of the issues presented herein, presents few management difficulties, conserves the resources of the parties and of the court system and protects the rights of each member of the Class. Plaintiff anticipates no difficulty in the management of this action as a class action.

## CAUSES OF ACTION

### COUNT I
### Violation of the VPPA, 18 U.S.C. § 2710

129.    Plaintiff incorporates by reference the preceding paragraphs as if fully set forth herein.  Plaintiff brings this claim against Defendant individually and on behalf of the Class.

130.    Defendant is a "video tape service provider" as defined by the VPPA because it "engages in the business, in or affecting interstate or foreign commerce, of rental, sale, or delivery of prerecorded video cassette tapes or similar audio visual materials," 18 U.S.C. § 2710(a)(4), inasmuch as Defendant provides video (*i.e.*, "similar audio visual materials" under the VPPA's definition) to consumers via the Website.

131.    Plaintiff and members of the Class are "consumers" as defined by the VPPA because they created LIV Golf accounts with their personal information, such as email address, and obtained benefits that are not available to non-account users, and subsequently watched videos through those accounts on the LIV Golf Website and/or iOS App. 18 U.S.C. § 2710(a)(1). Under the VPPA, this means that they were "subscriber[s]" of "goods or services from a video tape service provider." 18 U.S.C. § 2710(a)(1).

132.    Plaintiff and members of the Class viewed pre-recorded videos using the LIV Golf Website or iOS App. During these occasions, Defendant disclosed Plaintiff's and Class Members'

PII to third parties.

133. Specifically, on the Website, Defendant disclosed to Google: (i) the title and URL of the pre-recorded video that the user is requesting and/or obtaining, including "event data"/video interactions; and (ii) various Google-specific identifiers that allow Google to tie the user back to their Google Account and/or profile, thus identifying the user. Also on the Website, Defendant disclosed to ViewLift: (i) the URL of the pre-recorded video requested and/or obtained by the user, including "event data"/video interactions; and (ii) a unique user identifier tied to the user's email address. On the iOS App, Defendant disclosed to ViewLift; (i) the title and persistent link of the pre-recorded video requested and/or obtained by the user, including "event data"/video interactions; and (ii) a unique device identifier tied to the user's email address.

134. The information disclosed by Defendant constitutes "personally identifiable information" because it makes it "reasonably and foreseeably likely to reveal which [LIV Golf] videos [Plaintiff and members of the Classes] [] obtained." *Yershov v. Gannett Satellite Info. Network, Inc.*, 820 F.3d 482, 486 (1st Cir. 2016); *see also* 18 U.S.C. § 2710(a)(3). Indeed, the information disclosed by Defendant to Google and ViewLift enables even an ordinary person to identify which specific videos were watched by Plaintiff and/or specific members of the Class.

135. Defendant's transmissions of Plaintiff's and Class Members' PII to Google and ViewLift, via the ViewLift SDK and API, Google Analytics, Google Signals, and Google's tags/libraries associated therewith, constitute "knowing[] disclosures" of Plaintiff's and members of the Classes' "personally identifiable information" to a person as proscribed by the VPPA. 18 U.S.C. § 2710(a)(1). Defendant "knew that [LIV Golf] was collecting data from users that identified personalized information about them because, in exchange for the data, [Google and ViewLift] provided [Defendant] with analytics allowing [Defendant] to provide advertisements

45

tailored to specific users." *Saunders,* 711 F. Supp. 3d at 31.

136.    Plaintiff and the Class Members did not provide Defendant with any form of consent—either written or otherwise—to disclose their PII to third parties, including Google and ViewLift.

137.    Nor were Defendant's disclosures of Plaintiff's and Class Members' PII made in the "ordinary course of business" as the term is defined by the VPPA. Defendant's disclosures to Google and/or ViewLift were not necessary for "debt collection activities, order fulfillment, request processing, [or] transfer of ownership." 18 U.S.C. § 2710(a)(2).

138.    On behalf of himself and the Class, Plaintiff seeks: (i) declaratory relief; (ii) injunctive and equitable relief as is necessary to protect the interests of Plaintiff and the Class by requiring Defendant to comply with VPPA's requirements for protecting a consumer's PII; (iii) statutory damages of $2,500 for each violation of the VPPA pursuant to 18 U.S.C. § 2710(c); and (iv) reasonable attorneys' fees and costs and other litigation expenses.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, individually and on behalf of all others similarly situated, seeks judgment against Defendant, as follows:

(a)    For an order certifying the Class under Rule 23 of the Federal Rules of Civil Procedure, naming Plaintiff as representative of the Class, and naming Plaintiff's attorneys as Class Counsel to represent the Class;

(b)    For an order declaring that Defendant's conduct violates the statute referenced herein;

(c)    For an order finding in favor of Plaintiff and the Class on all counts asserted herein;

(d)    For an award of statutory damages to the extent available;

(e)    For punitive damages, as warranted, in an amount to be determined at trial;

46

(f)    For prejudgment interest on all amounts awarded;

(g)    For injunctive relief as pleaded or as the Court may deem proper; and

(h)    For an order awarding Plaintiff and the Class their reasonable attorneys' fees, expenses, and costs of suit.

## JURY TRIAL DEMAND

Pursuant to Fed. R. Civ. P. 38(b)(1), Plaintiff demands a trial by jury of all issues so triable.


Dated:  April 16, 2026                    Respectfully submitted,

                                          **BURSOR & FISHER, P.A**.

                                          By: */s/ Yitzchak Kopel*
                                               Yitzchak Kopel

                                          Yitzchak Kopel (BBO # 716245)
                                          Max S. Roberts (BBO #718031)
                                          1330 Avenue of the Americas, 32nd Floor
                                          New York, NY 10019
                                          Telephone: (646) 837-7150
                                          Facsimile: (212) 989-9163
                                          E-Mail: ykopel@bursor.com

                                          *Attorneys for Plaintiff*

47